**STATE of Missouri, Plaintiff–Respondent,**

**v.**

**Andre ELGIN, Defendant–Appellant.**

**No. 62482.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 10, 1993.

Henry Robertson, St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J. and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Defendant, Andre Elgin, appeals from judgments of conviction of two counts of rape and two counts of sodomy. He was sentenced to a total of thirty-three years imprisonment.

No jurisprudential purpose would be served by a written opinion. The judg-ments of conviction are affirmed. Rule 30.25(b).